# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SUDEEP KHETANI,**
      **Plaintiff,**

**v.**                                         **Case No: 6:16-cv-27-Orl-18KRS**

**ORANGE COUNTY PROBATION,**
**ORLANDO POLICE DEPARTMENT**
**and**
**STATE ATTORNEY OF NINTH**
**JUDICIAL CIRCUIT,**

      **Defendant.**

## ORDER

This case was referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation on Plaintiff Sudeep Khetani's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). On January 26, 2016, Judge Spaulding entered a Report and Recommendation (Doc. 4) regarding same, to which Khetani filed an Objection (Doc. 5) on February 8, 2016.

The Court, having reviewed the Report and Recommendation (Doc. 4), the Objection (Doc. 5), and other filings in this case, and after de novo review of the portions of the Report and Recommendation to which Khetani objected, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 4) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Sudeep Khetani's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff Sudeep Khetani's claims against the State Attorney of the Ninth Judicial Circuit and prosecutors employed by that office, as set forth in the Complaint (Doc. 1), are **DISMISSED with prejudice**.

4. All other claims in Plaintiff Sudeep Khetani's Complaint (Doc. 1) are **DISMISSED without prejudice** and without leave to amend.

5. Plaintiff Sudeep Khetani's Motion to Appoint Counsel (Doc. 3) is **DENIED** as moot.

6. The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY** and **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida, this _____ day of March, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Party